**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FETCH REWARDS, LLC, a Delaware limited liability company,<br><br>*Plaintiff,*<br><br>*vs.*<br><br>CHICAGO 601 RANDOLPH LLC, an Illinois limited liability company,<br><br>*Defendant.* | Case No. 1:26-cv-04918<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Albert Berry III |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Fetch Rewards, LLC, by and through its attorneys, hereby voluntarily dismisses its complaint [Dkt. 1] against Defendant Chicago 601 Randolph LLC, without prejudice, in the above-captioned action. To date, Defendant has not submitted an answer or motion for summary judgment in response to the complaint. See Fed. R. Civ. P. 41(a)(1)(A)(i). Nor has Plaintiff previously dismissed any federal- or state-court action based on or including the same claims alleged in its complaint. *See id.* at (a)(1)(B).

DATED: July 10, 2026

Respectfully submitted,

**NIXON PEABODY LLP**

*/s/ Keith E. Edeus, Jr.*
Keith E. Edeus, Jr.
70 W. Madison Street, Suite 5200
Chicago, IL 60602-4378
(312) 977-4400
keedeus@nixonpeabody.com

# **CERTIFICATE OF SERVICE**

I, Keith E. Edeus, Jr., an attorney, certify that on July 10, 2026, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification to all parties through their registered attorneys of record that this document has been filed and is available for viewing and download.

*/s/ Keith E. Edeus, Jr.*